81,218-01

12-30-2014

To: Court of Criminal Appeals Of Texas: Judge
Re: Writ NO. WR-81,218-01
Style: Lowery, Damonne Brazille
Trial Ct No: W08-00686-I (A)

To: Court of Criminal Appeals Of Texas: Judge!
   Would you please advise the District Clerk's Office in Dallas Texas to send me a free copy of the finding of facts and conclusion of the trial court of law in the matter of my case? My writ of habeas corpus was denied without written order earlier this year, but I have never received a copy of the finding of facts and conclusion as one is supposed to receive in this regard. The District Clerk's office says that they will not provide a free copy without a court order. Your assistance in this matter is greatly appreciated.

      -Sincerely,
      Damonne B. Lowery
      Damonne B. Lowery, TDC#1515928
      Darrington Unit
      59 Darrington Road
      Rosharon, Texas 77583

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 05 2015
Abel Acosta, Clerk